IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

1:17-cv-01578

Maria Richter, and Carl Richter, her husband

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Jan 28, 2026
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  January 26, 2026.

| | |
|---|---|
| */s/ Martin P. Schrama (with permission)* | */s/ Erica K. Drew* |
| Martin P. Schrama, NJ #039581997 | Erica K. Drew, Esq., #30589-29 |
| Stark & Stark, P.C. | Faegre Drinker Biddle & Reath LLP |
| 100 American Metro Blvd. | 300 North Meridian Street, Suite 2500 |
| Hamilton, NJ 08619 | Indianapolis, Indiana 46204 |
| Telephone: (609) 895-7261 | Telephone:  (317) 237-0300 |
| Fascimile:  (609) 895-7395 | Facsimile:   (317) 237-1000 |
| Email: mschrama@stark-stark.com | Email: erica.drew@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |